1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11 | ALICIA HOFFMAN and MARKET
12 | TRADING, INC., individually and on
behalf of all other persons similarly
13 | situated and on behalf of the general
14 | public,
15 |                                  Plaintiffs,
16 |
17 |     v.
18 | CINGULAR WIRELESS, LLC,
19 |                                  Defendant.
20

CASE NO: 06-CV-1021 W (BLM)


**ORDER DENYING
DEFENDANT'S MOTION TO
STAY LITIGATION**

21         Plaintiffs Alicia Hoffman and Market Trading, Inc., (collectively, "Plaintiffs")

22 commenced this putative class action in the San Diego Superior Court in April 2006.

23 Plaintiffs assert state-law causes of action for breach of contract, deceptive trade

24 practices in violation of the Consumers Legal Remedies Act, and unlawful,

25 fraudulent and unfair business acts in violation of the Business & Professions Code

26 §17200, *et seq.*  These claims are premised on defendant Cingular Wireless's alleged

27 misrepresentations regarding the conditions under which customers' accrued

28 "rollover" minutes expire.

1    On May 10, 2006, Cingular removed the action to this Court under the Class

2  Action Fairness Act, 28 U.S.C. § 1332(d).  Thereafter, on August 24, 2006, Cingular

3  filed a motion to compel arbitration and to stay all further proceedings pending the

4  arbitration.

5    On October 26, 2006, the Court issued an order denying Cingular's motion to

6  compel arbitration.  Because the stay was premised on the granting of the motion to

7  compel arbitration, Cingular's motion to stay is **DENIED**.

8

9    **IT IS SO ORDERED.**

10

11

12

13

14

15

16

17

18

19

20

21

22

23  DATED:  October 26, 2006

24

25                                        Hon. Thomas J. Whelan

26                                        United States District Judge

27

28